UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
CASE NUMBER 6:23-cr-140-RBD-EJK

. . . . . . . . . . . . . . . .
UNITED STATES OF AMERICA, :
:
Plaintiff, :
:
v. :
:
LEOPOLD MICHAEL SALEEM, :
:
Defendant. :
. . . . . . . . . . . . . . . .

Orlando, Florida
July 22, 2024
10:44 a.m.

REDACTED TRANSCRIPT OF SENTENCING HEARING

BEFORE THE HONORABLE ROY B. DALTON, JR.

UNITED STATES DISTRICT JUDGE

APPEARANCES:

Counsel for Government: Michael Sartoian

Counsel for Defendant: Tim A. Pribisco, Jr.

Court Reporter: Amie R. First, RDR, CRR, CRC, CPE
Federal Official Court Reporter
401 West Central Boulevard, Suite 4600
Orlando, Florida 32801
AmieFirst.CourtReporter@gmail.com

Proceedings recorded by Realtime Stenography.

Transcript produced by Computer-Aided Transcription.

**INDEX OF PROCEEDINGS**

Sealed .................................. 4
Government Sentencing Recommendation ...... 12
Defense Mitigation Argument ............... 22
Defendant's Allocution .................... 27
Imposition of Sentence .................... 31

**P R O C E E D I N G S**

*****

(Court called to order.)

THE COURT: Good morning, everyone.

Call the case, please.

THE DEPUTY CLERK: Calling the case of the United States of America versus Leopold Michael Saleem, Case Number 6:23-cr-140.

Appearances for the record starting with the Government.

MR. SARTOIAN: Good morning, Your Honor. Michael Sartoian on behalf of the United States. To my left is Ms. Tania Correa from Probation, sentencing guidelines specialist.

THE COURT: Good morning.

MR. PRIBISCO: Good morning, Your Honor. Tim Pribisco on behalf of the defendant.

THE COURT: Good morning, Mr. Pribisco.

Good morning to you, Mr. Saleem.

THE DEFENDANT: Good morning.

THE COURT: Leopold Michael Saleem, on August the 22nd of 2023, you entered a plea of guilty to count one of an Information that charged you with engaging in a conspiracy to distribute and possession with the intent to distribute 500 grams or more of a mixture and substance

containing a detectable amount of methamphetamine and 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21 of the United States Code, Section 846, 841(b)(1)(A).

I accepted your guilty plea, adjudged you -- and do now adjudge you guilty of that offense. We're here for sentencing purposes.

I have had a chance to review the Presentence Report. And I thank Ms. Correa for her usual good work in connection with the preparation of the report.

*****

SEALED

*****

[redacted]

[redacted] [redacted]

[redacted]

[redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted] [redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted] [redacted]

[redacted]

[redacted] [redacted]

[redacted]

[redacted]

[redacted]

[redacted] [redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted] [redacted]
[redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]
[redacted]

[redacted] [redacted]

[redacted] [redacted]

(Proceedings adjourned at 11:40 a.m.)

*****

**C E R T I F I C A T E**

I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

August 28, 2024

s\ Amie R. First

Amie R. First, RDR, CRR, CRC, CPE
Federal Official Court Reporter
United States District Court
Middle District of Florida

**C E R T I F I C A T E**

I certify that the foregoing is a correct copy of the transcript originally filed with the Clerk of Court on August 28, 2024, Docket Number 71, and incorporating redactions of sealed portions as ordered by Judge Roy B. Dalton, Jr., in accordance with Judicial Conference policy.

Redacted characters appear as a black box in the transcript.

s\Amie R. First, RDR, CRR, CRC, CPE